# Third District Court of Appeal

## State of Florida

Opinion filed June 30, 2021.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-1138
Lower Tribunal No. F06-43010

————————

**Santiago Milian,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Jose L. Fernandez, Judge.

Santiago Milian, in proper person.

Ashley Moody, Attorney General, for appellee.

Before FERNANDEZ, HENDON and BOKOR, JJ.

PER CURIAM.

Affirmed.